MATTHEW J. LOMBARD (SBN.: 239910)
Attorney at Law
2115 Main Street
Santa Monica, California   90405-2215
E-Mail:  mlombard@lombardlaw.net
Telephone:  (310) 399-3259
Facsimile:  (310) 392-9029

Attorney for Defendant
NISHA BHARVAVA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>        vs.<br><br>NISHA BHARGAVA, et al.,<br><br>                          Defendants.<br>_____ | CASE NO.: CR 11-00095-GW<br><br>ORDER TO REMOVE<br>ELECTRONIC MONITORING |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the defendant, Nisha Bhargava, be removed from electronic monitoring as a condition of her pretrial release.  All other conditions are to remain.

DATED:  April 10, 2013

_____
HON. GEORGE H. WU
United States District Judge